UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court:　　　　　　　Docket No.: 14-cv-5642

(Plaintiff)
Desmond Witherspoon
v.

(Defendant)
Desmond M. Witherspoon

Judge: Chester

**Notice of Appeal to the
U.S. Court of Appeals for the
Third Circuit**

Notice is hereby given that __Desmond Witherspoon__
　　　　　　　　　　　　　　　　(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

[ ] Judgment, [✓] Order, [ ] Other __Case dismissed__
　　　　　　　　　　　　　　　　　　(Specify)
of the United States District Court, District of New Jersey, entered in this action on

__9/17/14__　　　　　　　.
(Date)

Dated: __10/1/14__

__Desmond Witherspoon__
Appellant

__16 Chestnut Ave__
Street

__Irvington, N.J. 07111__
City, State, Zip

__646-938-2989__
Telephone